JS-6

**FILED**

APR 1 0 2008

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY RAY EVANS,<br><br>          Petitioner,<br><br>          v.<br><br>WALKER, Warden,<br><br>          Respondent. | Case No. CV 08-2116-DOC (MLG)<br><br>JUDGMENT |

    IT IS ADJUDGED that the petition herein is dismissed without
prejudice.

Dated: _____*April 9, 2008*_____


_David O. Carter_
David O. Carter
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 1 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY